FRANCIS J. BOYLE *v.* ANN E. BOYLE

The motion by the firm of Coles, O'Connell and Dolan to withdraw its appearance for the defendant in the appeal from the Superior Court in Fairfield County is granted.

*Daniel D. McDonald,* for the firm of Coles, O'Connell and Dolan.

Argued April 4—decided April 4, 1967

STATE OF CONNECTICUT *v.* MARK F. HELLER

The motion by the defendant to renew his application for a stay of execution is denied.

*David M. Reilly, Jr.,* in support of the motion.

Submitted April 1—decided April 4, 1967

STATE OF CONNECTICUT *v.* ROGER B. PERKINS

The motion by the plaintiff to dismiss the appeal from the Superior Court in New London County is granted.

*C. Robert Satti,* assistant state's attorney, for the appellee (state).

*Kevin W. Conway,* special public defender, for the appellant (defendant).